LAW OFFICES OF BUCHSBAUM & HAAG, LLP
BRENT S. BUCHSBAUM, CSBN: 194816
brent@buchsbaumhaag.com
LAUREL N. HAAG, CSBN: 211279
laurel@buchsbaumhaag.com
100 Oceangate, Suite 1200
Long Beach, California 90802
Telephone: (562)733-2498; Fax: (562)628-5501

Attorneys for Plaintiff, JOSE DIAZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DIAZ, individually, and as a representative of other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>SOLAR TURBINES, INC., a Corporation; and DOES 1 through 250, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01156-WQH-KSC<br><br>*The Honorable William Q. Hayes*<br><br>**CLASS ACTION**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Date:   November 12, 2021<br>Time:   10:00 a.m.<br>Ctrm.:   7A<br>             Telephonic Appearance<br><br>Action Filed:   04/30/2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**NOTICE IS HEREBY GIVEN** that the above referenced matter has been settled on a class basis, pending approval by the Court. The parties anticipate filing a Motion for Preliminary Approval by the end of November, 2021.

Page 1
NOTICE OF SETTLEMENT OF ENTIRE CASE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  November 5, 2020            LAW OFFICES OF BUCHSBAUM & HAAG
                                     A Limited Liability Partnership


                                          /s/ Brent S. Buchsbaum
                                     By_____
                                     Brent S. Buchsbaum, Attorneys for Plaintiff


Dated:  November 5, 2020            LITTLER MENDELSON, P.C.


                                          /s/ Rebecca Aragon
                                     By_____
                                     Rebecca Aragon, Attorneys for Defendant
                                     SOLAR TURBINES INCORPORATED


### ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.


Dated: November 5, 2021             LAW OFFICES OF CARLIN & BUCHSBAUM
                                     A Limited Liability Partnership


                                     By___/s/ Brent S. Buchsbaum_____
                                     Brent S. Buchsbaum, Attorneys for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE